IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **CHARLIE DEWAYNE TEMPLETON** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 2:06-CV-464** |
| | § | |
| **KELLOGG BROWN & ROOT** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations, has been presented for consideration (Doc. No. 12).  The parties did not file any objections to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that Defendant's motion to compel arbitration is **GRANTED**, and the Court **ORDERS** Plaintiff to pursue his claim through arbitration under the terms and conditions of the Halliburton DRP.  It is further **ORDERED** that Plaintiff's case is **DISMISSED** with prejudice.

**SIGNED this 6th day of September, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE